STEPHEN COLLETTI COMPANY, Respondent, *v.* WILLIAM A. L'HOMMEDIEU et al., Appellants.

· *Colletti Co.* v. *L'Hommedieu,* 159 App. Div. 910, affirmed.
　(Argued October 12, 1915; decided October 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 25, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action by plaintiff to recover prospective profits of which it had been deprived by reason of the refusal of defendants to permit it to perform a building contract.

*Philip B. Adams* for appellants.

*Mortimer M. Menken* for respondent.

· Judgment affirmed, with costs; no opinion.

： Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.